Olson (Lawrence), Appellant, vs. McIver and another, Respondents.

For the appellant: *Brown, Pradt & Genrich* of Wausau.
For the respondents: *Sanborn, Lamoreux & Pray* of Ashland.
*By the Court.*—Order affirmed.

Sapa (Charles), Respondent, vs. Kern, Appellant.

For the appellant: *D. J. Regan* of Milwaukee.
For the respondent: *Sydney C. Charney* of Milwaukee.
*By the Court.*—Judgment affirmed.

Sapa (Leo), by guardian *ad litem,* Respondent, vs. Kern, Appellant.

For the appellant: *D. J. Regan* of Milwaukee.
For the respondent: *Sydney C. Charney* of Milwaukee.
*By the Court.*—Judgment affirmed.

Burdick, Appellant, vs. Kousek and another, Respondents.

For the appellant: *Simmons, Walker, Wratten & Sporer* of Racine.
For the respondents: *Whaley & Paulsen* of Racine.
*By the Court.*—Judgment affirmed.